THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:19-CR-00258 RAJ |
| Plaintiff, | ORDER GRANTING MOTION FOR COURT APPROVAL OF INTERNATIONAL TRAVEL |
| vs. | |
| LOUIE SANFT, | |
| Defendant. | |

The Court, having considered the Unopposed Motion for Court Approval of International Travel filed by Defendant Louie Sanft, and the other pleadings and records on file in this prosecution, hereby GRANTS the motion (Dkt. # 69).

Accordingly, IT IS HEREBY ORDERED that the Court approves Louie Sanft's proposed international travel to Vancouver, British Columbia, from October 2, 2021, to October 4, 2021, as set forth in the Motion.  Mr. Sanft's counsel is authorized to provide Mr. Sanft his passport solely for the purpose of this approved travel.  Mr. Sanft shall return the passport to his counsel by the close of business on October 5, 2021.

DATED this 27th day of September, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION FOR COURT
APPROVAL OF INTERNATIONAL TRAVEL- 1
(CASE NO. 2:19-cr-00258-RAJ)