THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIE SANFT,<br><br>Defendant. | Case No. 2:19-cr-00258 RAJ<br><br>AMENDED ORDER GRANTING MOTION FOR COURT APPROVAL OF INTERNATIONAL TRAVEL |

The Court, having previously considered and GRANTED the Unopposed Motion for Court Approval of International Travel filed by Defendant Louie Sanft (Dkt. # 70), hereby AMENDS its prior Order to reflect corrected dates of travel provided by defense counsel.

Accordingly, IT IS HEREBY ORDERED that the Court approves Louie Sanft's proposed international travel to Vancouver, British Columbia, from October 1, 2021, to October 3, 2021 (instead of October 2, 2021 to October 4, 2021, as previously approved). Mr. Sanft's counsel is authorized to provide Mr. Sanft his passport solely for the purpose

AMENDED ORDER GRANTING MOTION FOR
COURT APPROVAL OF INTERNATIONAL
TRAVEL- 1
(CASE NO. 2:19-cr-00258-RAJ)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224

of this approved travel.  Mr. Sanft shall return the passport to his counsel by the close of business on October 4, 2021 (instead of October 5, 2021).

DATED this 28th day of September, 2021.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

AMENDED ORDER GRANTING MOTION FOR
COURT APPROVAL OF INTERNATIONAL
TRAVEL- 2
(CASE NO. 2:19-cr-00258-RAJ)

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224