THE HONORABLE RICHARD A. JONES

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9    UNITED STATES OF AMERICA,

10                        Plaintiffs,

11          v.

12   LOUIE SANFT, and SEATTLE BARREL
     AND COOPERAGE COMPANY,

13

14                        Defendants.

15

Case No. 2:19-cr-00258 RAJ

ORDER GRANTING DEFENDANT
LOUIE SANFT'S MOTION TO SEAL
CERTAIN HIGHLY SENSITIVE
HEALTH MATERIALS FOR
SENTENCING

16          The Court, having considered defendant Louie Sanft's Motion to Seal Certain

17   Highly Sensitive Health Materials for Sentencing, hereby ORDERS that the motion

18   (Dkt. 375) is GRANTED.  Defendant Louie Sanft may file his declaration and attached

19   materials in support of his sentencing hearing under seal. The clerk shall maintain these

20   documents under seal.

21          DATED this 8th day of September, 2023.

22

23

24                                              The Honorable Richard A. Jones
                                                United States District Judge
25

26

27

ORDER GRANTING DEFENDANT
LOUIE SANFT'S MOTION TO SEAL - 1
CASE NO. 2:19-cr-00258-RAJ

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401