Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>LOUIE SANFT,<br><br>                    Defendant. | Case No. 2:19-cr-00258-RAJ<br><br>ORDER |

THIS MATTER comes before the Court on Defendant Louie Sanft's Motion for Bail Pending Appeal. Dkt. 389. Having considered the briefing, relevant record, and applicable law, the Court finds that Defendant Louie Sanft has failed to establish that his appeal will raise "substantial issues of law or fact of the type that are likely to result in reversal or a new trial if the defendant prevails on appeal," as that standard has been interpreted by the Ninth Circuit in *United States v. Garcia*, 340 F.3d 1013, 1020 n.5 (9th Cir. 2003) and *United States v. Handy*, 761 F.2d 1279, 1283 (9th Cir. 1985).

IT IS ORDERED that Defendant Louie Sanft's Motion for Bail Pending Appeal is **DENIED**.

DATED this 17th day of October, 2023.

The Honorable Richard A. Jones
United States District Judge

ORDER – 1