THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIE SANFT,<br><br>Defendant. | Case No. 2:19-cr-00258-RAJ<br><br>ORDER GRANTING DEFENDANT LOUIE SANFT'S UNOPPOSED MOTION TO EXTEND JANUARY 2, 2024 REPORTING DATE |

The Court, having considered Defendant Louie Sanft's Unopposed Motion to Extend Reporting Date, hereby ORDERS that the Motion (Dkt. 410) is **GRANTED**. Mr. Sanft's reporting date is extended by twenty-eight days, to January 30, 2024.

DATED this 21st day of December, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT LOUIE SANFT'S
UNOPPOSED MOTION TO EXTEND REPORTING DATE - 1
(Case No. 2:19-cr-00258-RAJ)

MORGAN, LEWIS & BOCKIUS LLP
1301 Second Avenue, Suite 3000
Seattle, WA 98101
(206) 274-6400